**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 2 2021

TAMMY H. DOWNS, CLERK
By: _Kttaup_
DEP CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | Case No. 4:21-cv-1174-KGB |
| Plaintiff, | |
| v. | |
| MID WEST STEEL TRANSPORT, LLC, AND JOSEPH BRODSKY, | |
| Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

BMO Harris Bank N.A., an Illinois corporation, by and though its attorneys Wong Fleming P.C and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby states that BMO Harris Bank N.A. is a wholly-owned subsidiary of BMO Financial Group, a publicly traded company.

Date: November 30, 2021

**WONG FLEMING, P.C.**
*Attorneys for Plaintiff BMO Harris Bank N.A.*

By: _____
James K. Haney (Bar No. 29311991)
821 Alexander Road, Suite 200
Princeton, NJ 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
Email: jhaney@wongfleming.com