# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BMO HARRIS BANK, N.A.**                                                                    **PLAINTIFF**

**v.**                                              **Case No. 4:21-cv-01174-KGB**

**MID WEST STEEL TRANSPORT LLC,** *et al*.                                      **DEFENDANTS**

## DEFAULT JUDGMENT

In an Order entered February 13, 2023, the Court granted plaintiff BMO Harris Bank N.A.'s ("BMO") motion for default judgment against defendant Mid West Steel Transport LLC ("Mid West") and Joseph Brodsky but declined to enter judgment, subject to further briefing from BMO or a hearing on damages (Dkt. No. 9).  Before the Court is the declaration of James K. Haney in support of BMO's motion for default judgment (Dkt. No. 10).  Based on declaration of James K. Haney in support of BMO's motion for default judgment, waiving attorneys' fees and costs, and seeking Judgment in the amount of $107,767.56, which includes interest at a rate of 17% as requested by the Court in its February 13, 2023, Order, the Court enters default judgment against defendants Mid West and Mr. Brodsky in the amount of $107,767.56.  Mid West and Mr. Brodsky are ordered to pay post judgment interest at a rate of 5.35% per annum from the date of the Judgment until paid in full.

So adjudged this 21st day of February, 2025.

_____
Kristine G. Baker
United States District Judge